IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RONALD PARKER,

    Petitioner,

    -vs-

Warden, Ross Correctional Institution

    Respondent.

:

:

:

Case No. 3:08-cv-322

District Judge Walter Herbert Rice
Chief Magistrate Judge Michael R. Merz

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

    The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on October 2, 2008, hereby ADOPTS said Report and Recommendations.

    It is therefore ORDERED that the Petition herein be dismissed with prejudice and Petitioner denied any request for certificate of appealability or to appeal *in forma pauperis*.

October 10, 2008

                                                          Walter Herbert Rice
                                                         United States District Judge